IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-00206-MOC-WCM

| | |
|---|---|
| TERESA FLEMING, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) MURPHY REHABILITATION, INC., ) ) Defendant. ) ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 14) filed by Jacob J. Modla. The Motion indicates that Mr. Modla, a member in good standing of the Bar of this Court, is local counsel for Plaintiff Teresa Fleming and that he seeks the admission of Melinda Arbuckle, who the Motion represents as being a member in good standing of the Bars of Texas and California. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 14) and **ADMITS** Melinda Arbuckle to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 3, 2024

W. Carleton Metcalf
United States Magistrate Judge