UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cv-206-MOC

| | |
|---|---|
| TERESA FLEMING, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) ) MURPHY REHABILITATION, INC., ) ) Defendant. ) | ORDER |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Leave to Extend Time to Serve Defendant. (Doc. No. 12). The motion is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that Plaintiff is granted 45 days from the entry of this Order to complete service on Defendant.

Signed: December 30, 2024

Max O. Cogburn Jr.
United States District Judge